# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| CHAPWOOD CAPITAL INVESTMENT MANAGEMENT, LLC and ED BUTOWSKY, § § § § | | |
| Plaintiffs, § | | |
| v. § | Civil No. 4:18-cv-548-ALM-KPJ | |
| § | | |
| CHARLES SCHWAB & CO., INC., WALTER W. BETTINGER, II, and KEVIN LEWIS, § § § | | |
| Defendants. § | | |

## ORDER

On October 30, 2018, the Court entered an Order staying this case pending binding arbitration, as agreed upon by the parties. *See* Dkt. 15. At that time, the Court ordered the parties to file a joint status report by February 27, 2019. *See id*. On February 27, 2019, the parties filed a Joint Status Report (Dkt. 16), in which they represented that arbitration is scheduled to reconvene within three weeks.

**IT IS THEREFORE ORDERED** that the parties shall provide an updated status report indicating the status of this matter by **May 30, 2019**, or within one week after the completion of the agreed arbitration, whichever is sooner.

**IT IS SO ORDERED**.

**SIGNED this 28th day of February, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE