IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CHAPWOOD CAPITAL INVESTMENT MANAGEMENT, LLC and ED BUTOWSKY, <br><br>      Plaintiffs, <br><br> v. <br><br> CHARLES SCHWAB & CO., INC., WALTER W. BETTINGER, II, and KEVIN LEWIS, <br><br>      Defendants. | § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:18-cv-00548-ALM-KPJ |

## UPDATED JOINT STATUS REPORT

On October 30, 2018, the Court entered an Order and Report and Recommendation of United States Magistrate Judge ("Order") (Dkt. 15), dismissing without prejudice several Defendants and referring the Plaintiffs Chapwood Capital Investment Management, LLC and Ed Butowsky and the remaining Defendants Charles Schwab & Co., Inc., Walter W. Bettinger, II, and Kevin Lewis, "to binding arbitration, as agreed to by the parties." The Court's Order also stated that "the parties shall submit a joint status report to the Court regarding the status of this matter by February 27, 2019, or within one week after the completion of the agreed arbitration, whichever is sooner."

Pursuant to that Order, the parties submitted a Joint Status Report (Dkt. 16), upon which this Court entered an Order ("Second Order") (Dkt. 17) that "the parties shall provide an updated

status report indicating the status of the matter by May 30, 2019, or within one week of completion of arbitration, whichever is sooner." In compliance with Court's Order, the remaining parties to the above-captioned action file this Updated Status Report:

1. Defendants state as a clarification to the Court that the prior Joint Status Report did not reflect when the parties expected to reconvene arbitration but when Plaintiffs anticipated that arbitration would be initiated, as no arbitration had commenced at the time of the first Joint Status Report.

2. The parties further report to the Court that no arbitration has commenced to date in this matter.

3. Plaintiffs state that they intend to file an arbitration statement of claim with JAMS within ten (10) days of the date of this filing.

Dated: May 30, 2019

Respectfully submitted,

/s/ Brett C. Govett
Brett C. Govett
State Bar No.  08235900
brett.govett@nortonrosefulbright.com
Ellen Sessions
State Bar No.  00796282
ellen.sessions@nortonrosefulbright.com
Kyle Schindler
State Bar No.  24066033
kyle.schindler@nortonrosefulbright.com
2200 Ross Avenue, Suite 3600
Dallas, TX  75201-7932
Telephone:     (214) 855-8000
Facsimile:      (214) 855-8200

*Counsel for Defendants Charles Schwab & Co., Inc., Walter W. Bettinger, II, and Kevin Lewis*

OF COUNSEL
NORTON ROSE FULBRIGHT US LLP

Respectfully submitted,

*/s/ Ty Clevenger*
Ty Clevenger
State Bar No. 24034380
tyclevenger@yahoo.com
P.O. Box 20753
Brooklyn, NY 11202
Telephone: (979) 985-5289
Facsimile: (979) 530-9523

Steven S. Biss
Virginia Bar No. 32972
stevenbiss@earthlink.net
300 West Main Street, Suite 102
Charlottesville, VA 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
(Application for Admission Pro Hac Vice
to be filed)

*Counsel for Plaintiffs Chapwood Capital
Investment Management, LLC
and Ed Butowsky*

## CERTIFICATE OF SERVICE

This pleading, Joint Status Report, was served in compliance with Rule 5 of the Federal Rules of Civil Procedure via the Court's ECF system, on May 30, 2019:

| | |
|---|---|
| Ty Clevenger<br>P.O. Box 20753<br>Brooklyn, NY 11202-0753<br>Phone: (979) 985-5289<br>Fax:    (979) 530-9523<br>Email: tyclevenger@yahoo.com | Steven S. Biss<br>300 West Main Street, Suite 102<br>Charlottesville, VA 22903<br>Phone: (804) 501-8272<br>Fax:    (202) 318-4098<br>Email: stevenbiss@earthlink.net |

*/s/ Kyle Schindler*
Kyle Schindler