**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| CHAPWOOD CAPITAL INVESTMENT MANAGEMENT, LLC and ED BUTOWSKY,<br><br>  Plaintiffs,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC., WALTER W. BETTINGER, II, and KEVIN LEWIS,<br><br>  Defendants. | § § § § § § § § § § § §   Civil No. 4:18-cv-548-ALM-KPJ |

## ORDER

On October 30, 2018, the Court entered an Order staying this case pending binding arbitration, as agreed upon by the parties. *See* Dkt. 15. At that time, the Court ordered the parties to file a joint status report by February 27, 2019. *See id*. On May 30, 2019, the parties filed an Updated Joint Status Report (Dkt. 19), in which the parties represent that no arbitration has commenced to date and Plaintiffs represent that they intend to file an arbitration statement of claim with JAMS within ten days of the date of filing. *See* Dkt. 19.

**IT IS THEREFORE ORDERED** that the parties shall provide an updated status report indicating the status of this matter by **August 30, 2019**, or within seven days after the completion of the agreed arbitration, whichever is sooner.

**IT IS SO ORDERED**.

**SIGNED this 6th day of June, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE