IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CHAPWOOD CAPITAL INVESTMENT MANAGEMENT, LLC and ED BUTOWSKY, §§§§§<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC., WALTER W. BETTINGER, II, and KEVIN LEWIS,<br><br>Defendants. | Civil Action No. 4:18-cv-00548-ALM-KPJ |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Chapwood Capital Investment Management, LLC and Ed Butowsky and Defendants Charles Schwab & Co., Inc., Walter W. Bettinger, II and Kevin Lewis have agreed that all of Plaintiffs' claims against Defendants are hereby DISMISSED WITH PREJUDICE.  The Parties agree to bear their own all costs, expenses, and attorneys' fees.

Dated: January 26, 2021                                       Respectfully submitted,

                                                   */s/ Brett C. Govett*
                                                   Brett C. Govett
                                                   State Bar No.  08235900
                                                 brett.govett@nortonrosefulbright.com
                                                 Ellen Sessions
                                                 State Bar No.  00796282
                                                 ellen.sessions@nortonrosefulbright.com
                                                 Kyle Schindler
OF COUNSEL                                    State Bar No.  24066033
NORTON ROSE FULBRIGHT US LLP       kyle.schindler@nortonrosefulbright.com
2200 Ross Avenue, Suite 3600
Dallas, TX  75201-7932
Telephone:     (214) 855-8000
Facsimile:      (214) 855-8200

*Counsel for Defendants Charles Schwab & Co., Inc., Walter W. Bettinger, II, and Kevin Lewis*

      Respectfully submitted,

      */s/ Ty Clevenger*
      Ty Clevenger
      State Bar No. 24034380
      tyclevenger@yahoo.com
P.O. Box 20753
Brooklyn, NY 11202
Telephone: (979) 985-5289
Facsimile: (979) 530-9523

      Steven S. Biss
      Virginia Bar No. 32972
      stevenbiss@earthlink.net
300 West Main Street, Suite 102
Charlottesville, VA 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
(Application for Admission Pro Hac Vice
to be filed)

*Counsel for Plaintiffs Chapwood Capital Investment Management, LLC and Ed Butowsky*

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure via the Court's ECF system, on January 26, 2021:

| | |
|---|---|
| Ty Clevenger | Steven S. Biss |
| P.O. Box 20753 | 300 West Main Street, Suite 102 |
| Brooklyn, NY 11202-0753 | Charlottesville, VA 22903 |
| Phone: (979) 985-5289 | Phone: (804) 501-8272 |
| Fax:     (979) 530-9523 | Fax:     (202) 318-4098 |
| Email: tyclevenger@yahoo.com | Email: stevenbiss@earthlink.net |

      */s/ Brett C. Govett*
      Brett Govett